United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKER, et al., | No. C-04-5219 CRB( MEJ) |
| Plaintiff, | ORDER SCHEDULING JUDGMENT DEBTOR EXAMINATION |
| vs. | |
| COMFORT HEATING & A/C etc., | |
| Defendant. | |

Your are hereby notified that the Judgment Debtor Examination is scheduled for July 17, 2006, at 9:30 a.m., before the Hon. Maria-Elena James in Courtroom B, 15th Floor, in San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 9, 2006

_____
MARIA-ELENA JAMES
United States District Court
Magistrate Judge

United States District Court
For the Northern District of California

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALT et al,

     Plaintiff,

v.

COMFORT HEATING & A/C et al,

     Defendant.
_____/

Case Number: CV04-05219 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Joseph Carroll
Erskine & Tulley
A Professional Corporation
220 Montgomery Street
Suite 303
San Francisco, CA 94104

Dated: May 9, 2006

Richard W. Wieking, Clerk
By: BRENDA TOLBERT, Deputy Clerk

2