```
 1 │ ERSKINE & TULLEY
   │ A PROFESSIONAL CORPORATION
 2 │ MICHAEL J. CARROLL (St. Bar #50246)
   │ 220 Montgomery Street, Suite 303
 3 │ San Francisco, CA  94104
   │ Telephone:  (415) 392-5431
 4 │
   │ Attorneys for Plaintiffs
 5 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | NO. C 04 5219 CRB(MEJ) |
| Plaintiffs, | ~~PROPOSED~~ ORDER OF EXAMINATION |
| vs. | |
| COMFORT HEATING & A/C, etc. | |
| Defendant. | |

To: Netty Mello, Judgment Debtor
    Comfort Heating & Air Conditioning
    2205 'A' Street
    Antioch, CA 94509

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on ~~July 19, 2006~~ JULY 17, 2006 at 9:30 a.m. at Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, before the Magistrate Maria-Elena James then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles of debtor;

2. All lists and schedules of rented, leased and owned

PROPOSED ORDER OF EXAMINATION                     1

1 equipment of debtor;
2     3. Copies of all real property and personal property leases
3 wherein debtor is a party;
4     4. Copies of all tax bills, deeds, contracts, deeds of
5 trust or deposit receipts relating to all real and personal property
6 in which any interest is held;
7     5. Annual Financial Statement for 2005 and all monthly
8 financial statements 2006;
9     6. Federal tax returns for the last three years;
10     7. All bank statements, deposit slips and canceled checks
11 for all accounts for 2006 to date;
12     8. The last tax return filed with the Franchise Tax Board;
13     9. Copies of all purchase orders, change orders accepted
14 bids, and contracts which relate in any way to work performed by
15 debtor during the period from January 1, 2006 to date;
16     10. All accounts receivable lists generated by the Company
17 from January 2006 to date;
18     11. Cash Disbursement Journals for 2006 to date;
19     12. All documents related to any loans to debtor or by
20 debtor by any present or former shareholders, officers or employees
21 of debtor;
22     13. All documents related to any completed, pending or
23 failed sale of substantially all corporate assets during the last
24 three years.
25     14. All personal guarantees made by any officer, agent or
26 shareholder for the benefit of debtor.
27 ////
28 ////

PROPOSED ORDER OF EXAMINATION     2

1    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.

6 Dated:___May 16, 2006_____

7                                  _____
                                   Magistrate Maria-Elena James

PROPOSED ORDER OF EXAMINATION                    3